**UNITED STATES of America, Appellee,**

v.

**Gerald MCELROY, Appellant.**

**No. 00–2794.**

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 9, 2001.

Decided Jan. 19, 2001.

Before WOLLMAN, Chief Judge, HANSEN, Circuit Judge, and JONES,[1] District Judge.

PER CURIAM.

■ Gerald McElroy pled guilty in district court[2] to being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). Prior to sentencing, the district court determined, pursuant to our decision in *United States v. Hascall,* 76 F.3d 902 (8th Cir.1996), that McElroy's previous conviction for burglary of a commercial building constituted a crime of violence for the purposes of U.S.S.G. § 2K2.1. Accordingly, the district court increased McElroy's base offense level from 20 to 24 and sentenced McElroy to an 87 month term of imprisonment.

---

1. The Honorable John B. Jones, United States District Judge for the District of South Dakota, sitting by designation.

2. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

McElroy urges us to reverse the district court, overrule *Hascall,* and hold that his burglary conviction was not a crime of violence. As McElroy recognizes, however, we are bound by Hascall, because "one panel is not at liberty to overrule a decision of another panel." *United States v. Prior,* 107 F.3d 654, 660 (8th Cir.1997).

Accordingly, the sentence is affirmed.

A true copy.